# UNITED STATES DISTRICT COURT

District of _____

Scott A. Peters

V.

Iron Mountain Off-Site Data Protection
Inc., f/k/a Arcus Data Security, Inc.
Ryder Truck Rental, Ltd. and Jodan
Kalemra, Alias

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12495 REK

TO: (Name and address of Defendant)

Jodan Kalemra
248 Calvary Street
Waltham, MA 02453-8336

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Phelan, Esquire
38 Rock Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 1/5/04

(By) DEPUTY CLERK