UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. PETERS<br>    Plaintiff<br><br>vs.<br><br>JODAN KALEMBA, IRON<br>MOUNTAIN OFF-SITE DATA<br>PROTECTION INC., f/k/a ARCUS<br>DATA SECURITY, INC., and<br>RYDER TRUCK RENTAL, LT.<br>    Defendants | CIVIL ACTION NO. 03-12495REK |

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendants, Jodan Kalemba, whose true name is Kalemba Jodan, Iron Mountain Off-Site Data Protection Inc., f/k/a Arcus Data Security, Inc., with respect to the above-captioned matter.

    Respectfully submitted,
    The Defendants,
    Jodan Kalemba, whose true name is Kalemba Jodan, Iron Mountain Off-Site Data Protection, Inc., f/k/a Arcus Data Security, Inc.,
    By their attorneys,

    */s/ Heather E. Davies*
    Mark B. Lavoie, BBO# 553204
    Heather E. Davies, BBO# 651739
    McDonough, Hacking & Lavoie, LLP
    6 Beacon Street, Suite 815
    Boston, MA 02108
    (617) 367-0808

## CERTIFICATE OF SERVICE

    I, Heather E. Davies, Esq., hereby certify that on March 2, 2003, I served a copy of the foregoing Answer to the Plaintiff's Amended Complaint by mailing to the following: Steven M. Shea, Kevin J. Phelan Law Office, 38 Rock Street, Suite 24, Fall River, MA 02720 and Ryder Truck Rental, Ltd., 150 Fallon Road, Stoneham, Massachusetts, 02111.

_____
Heather E. Davies, Esq.