# UNITED STATES DISTRICT COURT

District of

Scott A. Peters

V.

Iron Mountain Off-Site Data Protection Inc., f/k/a Arcus Data Security, Inc., Ryder Truck Rental, Ltd. and Jodan Kalemra, Alias

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12495 REK

TO: (Name and address of Defendant)

Iron Mountain Off-Site Data Protection Inc., f/k/a Arcus Data Security, Inc.
Corporation Service Comapny
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Phelan, Esquire
38 Rock Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

TONY ANASTAS

CLERK

DATE 1/5/04

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ 
Date

______________________
*Signature of Server*

______________________
*Address of Server*

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

Mar 4, 2004

I hereby certify and return that on 2/3/2004 at 3:15:00 PM I served a true and attested copy of the Summons and First Amended Complaint, Cover Sheet in this action in the following manner: To wit, by delivering in hand to B.Montanez,Process Clerk, agent, person in charge at the time of service for Iron Moutain Off-Site Data Protection Inc. fka Arcus Data Security Inc., at c/o Corporation Service Company, 84 State Street, Boston, MA 02109. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $37.00

Deputy Sheriff John Cotter

Deputy Sheriff