AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Scott A. Peters

V.

Iron Mountain Off-Site Data Protection Inc., f/k/a Arcus Data Security, Inc., Ryder Truck Rental, Ltd. and Jodan Kalemra, Alias

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12495 REK

TO: (Name and address of Defendant)

Ryder Truck Rental, Ltd..
Corporation Service Company
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Phelan, Esquire
38 Rock Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 1/5/04

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
Suffolk, ss.

Deputy Sheriff John Cotter

March 8, 2004

I hereby certify and return that on 2/3/2004 at 3:15:00 PM I served a true and attested copy of the Summons and First Amended Complaint, Cover Sheet in this action in the following manner: To wit, by delivering in hand to B.Montanez,Process Clerk, agent, person in charge at the time of service for Ryder Truck Rental, Ltd., at c/o Corporation Service Company, 84 State Street, Boston, MA 02109. Basic Service Fee (IH) ($35.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

Deputy Sheriff John Cotter

John Cotter
Deputy Sheriff

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

*Address of Server*