UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.                                           DOCKET # 03-CV-1249REK

SCOTT A. PETERS,                )
    Plaintiff,                  )
                                )
VS.                             )
                                )
JODAN KALEMBA, IRON MOUNTAIN    )
OFF-SITE DATA PROTECTION INC.   )
f/k/a ARCUS DATA SECURITY, INC.,)
and RYDER TRUCK RENTAL, LT,     )
    Defendants                  )
_____ )

## MOTION FOR LEAVE TO SUBSTITUTE PARTIES (ASSENTED TO)

NOW COMES the Plaintiff in the above-captioned matter and, pursuant to Fed. R. Civ. P. 15(a), moves the Honorable Court for leave to amend his First Amended Complaint to correct apparent misnomers of defendant Ryder Truck Rental, Lt. and defendant Jodan Kalemba. (The proposed Second Amended Complaint is attached hereto as 'Exhibit A.') As grounds for this Motion, Plaintiff states the following:

1. Plaintiff has learned through responsive pleadings that the true and accurate name of defendant Jodan Kalemba is "Kalemba Jodan." (See "Defendants,' Jodan Kalemba, Iron Mountain Off-Site Data Protection Inc., f/k/a Arcu Data Security, Inc., Answer to the Plaintiff's First Amended Complaint," attached hereto as 'Exhibit B.')

2. Plaintiff has further learned from counsel for Ryder Truck Rental, Lt. that the real party in interest is one 'Ryder Truck Rental, Inc.,' a Florida corporation. (See 'Exhibit C' attached.)

WHEREFORE, for proper adjudication of this matter, Plaintiff requests leave to amend his First Amended Complaint to substitute "Kalemba Jodan" for misnamed defendant "Jodan Kalemba" and "Ryder Truck Rental, Inc." for the misnamed "Ryder Truck Rental, Lt."

Respectfully submitted,

*(signature)*
Kevin J. Phelan, BBO# 397915
Stephen M. Shea, BBO# 631169
Counsel for Plaintiff
38 Rock Street
Fall River, MA 02720
(508)674-1999

*(signature: Scott Tucker (s.s.))*
Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Counsel for defendant Ryder Truck
  Rental, Inc.
Three School Street
Boston MA 02108
BBO# 503940

*(signature: Heather Davies (s.s.))*
Heather Davies, Esq.
McDonough, Hacking & Lavoie, LLP
  Counsel for Defendants Iron Mountain
  Off-Site Data Protection, Inc. and
  Jodan Kalemba
Six Beacon Street, Suite 815
Boston MA 02108
(617) 367-0808
BBO# 651739

Date: 3/9/04