UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT A. PETERS,
  Plaintiff,

           C.A. NO. 03-12495-REK

v.

JODAN KALEMBRA, IRON MOUNTAIN
OFF-SITE DATA PROTECTION INC.
f/k/a ARCUS DATA SECURITY, INC.,
and RYDER TRUCK RENTAL, INC.,
  Defendants.

### DEFENDANT, RYDER TRUCK RENTAL, INC.'S, DISCLOSURE PURSUANT TO LOCAL RULE 7.3

  Pursuant to Local Rule 7.3, the Defendant, Ryder Truck Rental, Inc., hereby discloses that it is a wholly-owned subsidiary of Ryder System, Inc., a publicly traded corporation. Ryder System, Inc. owns more than 10% of Ryder Truck Rental, Inc.

           The Defendant,
           Ryder Truck Rental, Inc.,
           By its Attorneys,

           */s/ Scott J. Tucker*
           Scott J. Tucker - BBO#503940
           Tucker, Heifetz & Saltzman, LLP
           Three School Street
           Boston, Massachusetts 02108
           (617) 557-9696

CERTIFICATE OF SERVICE

I, Scott J. Tucker, hereby certify that on May 4, 2004 I have served a copy of:

DEFENDANT, RYDER TRUCK RENTAL, INC.'S, DISCLOSURE PURSUANT TO LOCAL RULE 7.3

by mailing a copy of same, by first class mail, postage prepaid, to the following counsel of record:

Kevin J. Phelan, Esquire
Kevin M. Shea, Esquire
38 Rock Street
Fall River, MA 02720


Mark B. Lavoie, Esquire
McDonough, Hacking & Lavoie
6 Beacon Street
Boston, MA 02108

_____
Scott J. Tucker