UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. PETERS )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>JODAN KALEMBA, IRON )<br>MOUNTAIN OFF-SITE DATA )<br>PROTECTION INC., f/k/a ARCUS )<br>DATA SECURITY, INC., and )<br>RYDER TRUCK RENTAL, LT. )<br>    Defendants )<br>_____ ) | CIVIL ACTION NO. 03-12495REK |

**DEFENDANTS', KALEMBA JODAN, IRON MOUNTAIN
OFF-SITE DATA PROTECTION INC., f/k/a ARCUS DATA SECURITY, INC.,
ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, Kalemba Jodan, Iron Mountain Off-Site Data Protection, Inc., f/k/a Arcus Data Security, Inc. ("Defendants"), hereby make this their Answer to the Plaintiff's, Scott A. Peters ("Plaintiff"), Second Amended Complaint, as follows:

**FIRST DEFENDSE**

INTRODUCTION

Defendants deny the allegations contained in this paragraph.

PARTIES

1.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and call upon the Plaintiff to prove the same.

2.    Defendants admit the allegations contained in this paragraph.

3.    Defendants admit the allegations contained in this paragraph.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and call upon the Plaintiff to prove the same.

## FACTUAL ALLEGATIONS

5. Defendants admit the allegations contained in this paragraph.

6. Defendants admit the allegations contained in this paragraph.

7. Defendants state that this paragraph contains a legal conclusion for which no answer is necessary; however, to the extent a response is required, the Defendants deny the allegations contained in this paragraph.

8. Defendants deny the allegations contained in this paragraph.

9. Defendants deny the allegations contained in this paragraph.

## COUNT 1

10. Defendants repeat and incorporate by reference their answers to paragraphs 1 through 9 and make them their answer to this paragraph.

11. Defendants deny the allegations contained in this paragraph.

12. Defendants deny the allegations contained in this paragraph.

WHEREFORE, Defendants demand that Plaintiff's Complaint be dismissed and that judgment enter in favor of Defendants together with its costs, interest and attorneys' fees.

## COUNT 2

13. Defendants repeat and incorporate by reference their answers to paragraphs 1 through 12 and make them their answer to this paragraph.

14. Defendants deny the allegations contained in this paragraph.

15. Defendants state that this paragraph contains a legal conclusion for which no answer is necessary; however, to the extent a response is required, the Defendants deny the allegations contained in this paragraph.

16. Defendants deny the allegations contained in this paragraph.

17. Defendants deny the allegations contained in this paragraph.

18. Defendants deny the allegations contained in this paragraph.

19. Defendants deny the allegations contained in this paragraph.

WHEREFORE, Defendants demand that Plaintiff's Complaint be dismissed and that judgment enter in favor of Defendants together with its costs, interest and attorneys' fees.

## COUNT 3

20. Defendants repeat and incorporate by reference their answers to paragraphs 1 through 19 and make them their answer to this paragraph.

21. Defendants state that this paragraph contains a legal conclusion for which no answer is necessary; however, to the extent a response is required, the Defendants deny the allegations contained in this paragraph.

22. Defendants deny the allegations contained in this paragraph.

23. Defendants deny the allegations contained in this paragraph.

24. Defendants deny the allegations contained in this paragraph.

WHEREFORE, Defendants demand that Plaintiff's Complaint be dismissed and that judgment enter in favor of Defendants together with its costs, interest and attorneys' fees.

## COUNT 4

25. Defendants repeat and incorporate by reference their answers to paragraphs 1 through 24 and make them their answer to this paragraph.

26.-29. The Defendants state that paragraphs 26-29 are not directed to them and, therefore, no answer is necessary; however, to the extent a response is required, the Defendants deny the allegations contained in these paragraphs.

WHEREFORE, Defendants demand that Plaintiff's Complaint be dismissed and that judgment enter in favor of Defendants together with its costs, interest and attorneys' fees.

## **SECOND DEFENSE**

### FIRST AFFIRMATIVE DEFENSE

And further answering, Defendants state that Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

And further answering, Defendants state that to the extent they had any obligations to the Plaintiff, such obligations have been fully, completely and properly performed in every respect.

### THIRD AFFIRMATIVE DEFENSE

And further answering, Defendants state that the Plaintiff's claims are barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

And further answering, Defendants state that the Plaintiff's claims are barred by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

And further answering, Defendants state that the Plaintiff's claims are barred by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

And further answering, Defendants state that to the extent Plaintiff's claims resulted from modifications and/or alterations made by other persons or entities, the claims in this action must fail against Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

And further answering, Defendants say that the acts complained of were not committed by a person for whose conduct Defendants were legally responsible.

## EIGHTH AFFIRMATIVE DEFENSE

And further answering, Defendants say that if Plaintiff proves that Defendants were negligent as alleged, Plaintiff was negligent to a greater degree than Defendants and is barred from recovery under the Comparative Negligence Law of the Commonwealth of Massachusetts.

## NINTH AFFIRMATIVE DEFENSE

And further answering, Defendants state that there was insufficient process pursuant to Rule 12(b)(4).

## TENTH AFFIRMATIVE DEFENSE

And further answering, Defendants state that there was insufficiency of service of process pursuant to Rule 12(b)(5).

## ELEVENTH AFFIRMATIVE DEFENSE

And further answering, Defendants state that Plaintiff's Complaint should be dismissed to the extent it is barred by the applicable statute of limitations.

## TWELFTH AFFIRMATIVE DEFENSE

And further answering, Defendants reserve the right to raise additional affirmative defenses after discovery under Rule 8(c) of the Federal Rules of Civil Procedure.

## CLAIM FOR JURY TRIAL

DEFENDANTS HEREBY CLAIM A TRIAL BY JURY ON ALL ISSUES.

Respectfully submitted,

The Defendants,
Kalemba Jodan and Iron Mountain Off-Site Data Protection, Inc., f/k/a Arcus Data Security, Inc.,
By their attorneys,

*/s/ Heather E. Davies*

Mark B. Lavoie, BBO# 553204
Heather E. Davies, BBO# 651739
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

## CERTIFICATE OF SERVICE

    I, Heather E. Davies, Esq., hereby certify that on May 3, 2004, I served a copy of the foregoing Answer to the Plaintiff's Second Amended Complaint by mailing to the following: Steven M. Shea, Esq., Kevin J. Phelan Law Office, 38 Rock Street, Suite 24, Fall River, MA 02720 and Scott J. Tucker, Esq., Tucker, Heifitz & Saltzman, Three School Street, Boston, MA 02108

 

_____
Heather E. Davies, Esq.