UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL -9 P 12: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RENEE MENARD<br>　　　Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN OFF-SITE DATA<br>PROTECTION, INC., ARCUS DATA<br>SECURITY, INC., RYDER TRUCK<br>RENTAL, LTD., AND JORDAN<br>KALEMRA, Alias<br>　　　Defendants. | CIVIL ACTION NO. 03-12076 REK |
| DESIREE ALLAIRE<br>　　　Plaintiff,<br><br>vi.<br><br>JODAN KALEMRA, alias, a/k/a<br>JODAN KALEMBA, RYDER TRUCK<br>RENTAL, LT., RTRT, INC. in its capacity<br>As trustee for the Ryder Truck Rental, Lt.<br>RYDER TRUCK RENTAL, INC.,<br>IRON MOUNTAIN OFF-SITE DATA,<br>INC. f/k/a ARCUS DATA SECURITY,<br>INC., JOHN DOES 1-5<br>　　　Defendants. | CIVIL ACTION NO. 03-CV-12566 RWZ |
| SCOTT A. PETERS<br>　　　Plaintiff<br><br>vs.<br><br>JODAN KALEMBA, IRON<br>MOUNTAIN OFF-SITE DATA<br>PROTECTION INC., f/k/a ARCUS<br>DATA SECURITY, INC., and<br>RYDER TRUCK RENTAL, LT.<br>　　　Defendants | CIVIL ACTION NO. 03-12495REK |

## **PROPOSED JOINT SCHEDULING ORDER OF THE PARTIES**

The Plaintiffs, Reneé Menard and Scott A. Peters, and the Defendants, Iron Mountain Off-

- 1 -

Site Data Protection, Inc., Arcus Data Security, Inc., Ryder Truck Rental, Ltd., and Jordan Kalemra, whose true name is Kalemba Jodan, hereby submit a proposed Joint Scheduling Order pursuant to the Court's Scheduling Conference under Local Rule 16.1(D), as follows:

## I. CASE OVERVIEW:

The Plaintiffs, Reneé Menard, Desiree Allaire and Scott A. Peters have alleged that they were injured on or about December 24, 2000 while riding in a vehicle driven by Scott Peters in Nashua, New Hampshire. At that time, the vehicle in which the Plaintiffs were riding was involved in a collision with a van owned by Defendant, Ryder Truck Rental, Ltd. and operated by Defendant, Kalemba Jodan. At the time of the collision, Jodan was an employee of Defendant, Iron Mountain Off-Site Data Protection, Arcus Data Security, Inc. The parties jointly suggest the following schedule for the discovery of this case:

## II. DISCOVERY PLAN:

| **Subject** | **Date to be completed** |
| --- | --- |
| Interrogatories and Production of Documents (Requests and Responses) | August 1, 2004 |
| Fact Depositions | January 15, 2005 |
| Plaintiff's Supplemental Answers to Expert Interrogatories | March 15, 2005 |
| Defendant's Supplemental Answers to Expert Interrogatories | April 15, 2005 |

## III. FILING OF MOTIONS:

| **Subject** | **Date** |
| --- | --- |
| Rule 56 Motions filed | May 1, 2005 |

WHEREFORE, the parties request that the Court enter an order as to the schedule of discovery consistent with the dates set forth above.

**Respectfully submitted,**

| | |
|---|---|
| **The Defendants,** **Iron Mountain Off-Site Data Protection, Inc.,** **Arcus Data Security, Inc.,** **and Jordan Kalemra,** whose true name is **Kalemba Jodan** By their attorneys, | **The Plaintiff,** **Reneé Menard,** By her Attorney, |
| */s/ Heather E. Davies* Mark B. Lavoie, BBO# 553204 Heather E. Davies, BBO# 651739 McDonough, Hacking & Lavoie, LLP 6 Beacon Street, Suite 815 Boston, MA 02108 (617) 367-0808 | */s/ Melody A. Alger (HED)* Melody A. Alger, Esq. Baluch, Gianfrancesco, Mathieu & Szerlag 155 South Main Street, Suite 101 Providence, RI 02903 |

**The Defendant,**
**Ryder Truck Rental, Ltd.**
**By their Attorney,**

*/s/ Scott J. Tucker (HED)*
Scott J. Tucker, Esq., BBO# 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

**The Plaintiff,**
**Scott A. Peters, Esq.**
By his Attorneys,

*/s/ Stephen M. Shea (HED)*
Stephen M. Shea, Esq.
Kevin J. Phelan Law Office
38 Rock Street, Suite 24
Fall River, MA 02720
(508) 674-1999

## CERTIFICATE OF SERVICE

    I, Heather E. Davies, Esq., hereby certify that on July 8, 2004, I served a copy of the foregoing Proposed Joint Scheduling Conference Order of the Parties mailing, via regular U.S. mail, to the following: Melody A. Alger, Esq., Baluch, Gianfrancesco, Mathieu & Szerlag, 155 South Main Street, Suite 101, Providence, RI 02903, Scott J. Tucker, Esq., Tucker, Heifetz & Saltzman, LLP, Three School Street, Boston, MA 02108, Michael J. Lepizzera, Esq., Lepizzera, Laprocina and Depalo, 301 Metro Center Blvd., #102, Warwick, RI 02886 and Stephen M. Shea, Esq., Kevin J. Phelan Law Office, 38 Rock Street, Suite 24, Fall River, MA 02720.

                                                                                                 Heather E. Davies, Esq.