## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SCOTT A. PETERS,
       Plaintiff,

v.

C.A. NO. 03-12495-REK

JODAN KALEMBRA, IRON MOUNTAIN
OFF-SITE DATA PROTECTION INC.
f/k/a ARCUS DATA SECURITY, INC.,
and RYDER TRUCK RENTAL, INC.,
       Defendants.

### NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter our withdrawal of appearance on behalf the defendant, Ryder Truck Rental, Inc. relative to the above-captioned case. The Notice of Appearance of successor counsel Mark Lavoie is being file at this time.

The Defendant,
Ryder Truck Rental, Inc.,
By its Attorneys,

Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696