UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. PETERS )<br>    Plaintiff )<br>vs. )<br> )<br>JODAN KALEMBRA, IRON )<br>MOUNTAIN OFF-SITE DATA )<br>PROTECTION INC., f/k/a ARCUS )<br>DATA SECURITY, INC., and )<br>RYDER TRUCK RENTAL, INC. )<br>    Defendants )<br>_____ ) | CIVIL ACTION NO. 03-12495REK |

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendant, Ryder Truck Rental, Inc., with respect to the above-captioned matter.

Respectfully submitted,
The Defendant,
Ryder Truck Rental, Inc.
By its attorneys,

_____
Mark B. Lavoie, BBO# 553204
Heather E. Davies, BBO# 651739
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

## CERTIFICATE OF SERVICE

I, Mark B. Lavoie, Esq., hereby certify that on July 14, 2004, I served a copy of the foregoing Notice of Appearance by mailing, to the following: Melody A. Alger, Esq., Baluch, Gianfrancesco, Mathieu & Szerlag, 155 South Main Street, Suite 101, Providence, RI 02903, Scott J. Tucker, Esq., Tucker, Heifetz & Saltzman, LLP, Three School Street, Boston, MA 02108; Michael J. Lepizzera, Esq., Lepizzera, Laprocina and Depalo, 301 Metro Center Blvd., #102, Warwick, RI 02886 and Stephen M. Shea, Esq., Kevin J. Phelan Law Office, 38 Rock Street, Suite 24, Fall River, MA 02720.

_____
Mark B. Lavoie, BBO# 553204