UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.

| | |
|---|---|
| RENEE MENARD,<br>　　　Plaintiff,<br><br>VS.<br><br>IRON MOUNTAIN OFF-SITE DATA<br>PROTECTION, INC., ARCUS DATA<br>SECURITY, INC., RYDER TRUCK<br>RENTAL, LTD., and JORDAN<br>KALEMBA, Alias,<br>　　　Defendants | DOCKET # 03-CV-12076REK |
| DESIREE ALLAIRE<br>　　　Plaintiff,<br><br>Vs.<br><br>JODAN KALEMRA, alias a/k/a<br>JODAN KALEMBA, RYDER TRUCK<br>RENTAL, LT., RTRT, INC. in its capacity<br>As trustee for the Ryder Truck Rental, Lt.,<br>RYDER TRUCK RENTAL, INC.,<br>IRON MOUNTAIN OFF-SITE DATA,<br>INC. f/k/a ARCUS DATA SECURITY,<br>INC., JOHN DOES 1-5,<br>　　　Defendants | DOCKET # 03-CV-12566WZ |
| SCOTT A. PETERS,<br>　　　Plaintiff,<br><br>VS.<br><br>KALEMBA JODAN, IRON MOUNTAIN<br>OFF-SITE DATA PROTECTION INC.<br>f/k/a ARCUS DATA SECURITY, INC.,<br>and RYDER TRUCK RENTAL, INC.,<br>　　　Defendants | DOCKET # 03-CV-12495REK |

**PARTIES' JOINT MOTION FOR AN ORDER ENLARGING TIME FOR DISCOVERY**

NOW COME the parties in the above-captioned matter and move this Honorable Court for an order enlarging the time for the parties to conduct discovery by sixty (60) days. As grounds for this Motion, the parties state the following:

1. On July 8, 2004, the parties submitted to the Court a Proposed Joint Scheduling Order pursuant to Local Rule 16.1(D).

2. The Proposed Order stipulated that fact depositions be completed by January 15, 2005.

3. The Scheduling Order was entered by the Court on July 13, 2004.

4. On or about June 3, 2004, the Defendant's noticed the deposition of plaintiff Desiree Allaire for August 24, 2004. Although the Defendants subsequently renoticed Allaire's deposition several times, her deposition has not yet been taken due to Allaire's unavailability and pending the Defendants' receipt of written discovery from Allaire.

5. On October 7, 2004, counsel for defendant Renee Menard noticed the deposition of defendant Kalemba Jodan for October 25, 2004. Kalemba was unavailable on October 25, 2004 and subsequent attempts have been made by the parties to reschedule his deposition for a mutually agreeable time.

6. Kalemba's deposition has not yet taken place due to scheduling conflicts between counsel and/or the unavailability of Kalemba.

7. Mr. Kalemba is currently out of the country and will not be available for his deposition until after his return on January 26, 2005.

8. The parties are in agreement that the discovery deadlines set forth in the Proposed Order have not provided sufficient time for the completion of discovery in this case. The parties further submit that they have been diligent in their efforts to complete discovery, but require additional time due to scheduling conflicts and/or unavailability of deponents.

9.  The parties state that the allowance of this motion will not prejudice any party and will allow them to conduct appropriate and necessary discovery in this action.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order enlarging the time by which discovery is to be completed by sixty (60) days to March 15, 2005.

Respectfully submitted,

_____
Stephen M. Shea, BBO# 631169
Counsel for plaintiff Scott A. Peters
38 Rock Street
Fall River, MA 02720
(508) 674-1999

_____
Melody A. Alger, BBO# 560984
Baluch, Gianfrancesco, Mathieu & Szerlag
Counsel for plaintiff Renee Menard
155 South Main Street, Suite 101
Providence RI 02903
(401) 331-1434

_____
Michael J. Lepizzera
Wendy A. Waller, BBO# 657208
Lepizerra • Laprocina
Counsel for plaintiff Desiree Allaire
301 Metro Center Blvd., #102
Warwick RI 02886
(401) 739-7397

_____
Mark B. Lavoie, BBO# 553204
Heather E. Davies, BBO# 651739
McDonough, Hacking & Lavoie, LLP
Counsel for Defendants
6 Beacon Street, Suite 815
Boston MA 02108
(617) 367-0808

Date: 1/3/05