UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. PETERS )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>JODAN KALEMBA, IRON )<br>MOUNTAIN OFF-SITE DATA )<br>PROTECTION INC., f/k/a ARCUS )<br>DATA SECURITY, INC., and )<br>RYDER TRUCK RENTAL, LT. )<br>    Defendants )<br>_____ ) | CIVIL ACTION NO. 03-12495REK |

## STIPULATION OF DISMISSAL

The Plaintiff, Scott Peters, and the Defendants, Iron Mountain Information Management, Inc., formerly known as Arcus Data Security, Inc., (and all of its affiliated companies including but not limited to Iron Mountain, Inc.), Ryder Truck Rental, Ltd. and Kalemba Jodan, in the above-entitled matter, hereby stipulate and agree that said action against the Defendants be dismissed pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(i), with prejudice and without costs, all rights of appeal having been waived.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>Scott Peters<br>By his Attorney,<br><br>*/s/ Steven Shea*<br>Steven Shea, Esq.<br>Law Offices of Kevin J. Phelan<br>38 Rock Street, Suite 24<br>Fall River, MA 02720<br>(508) 674-1999 | The Defendants,<br>Iron Mountain Information Management, Inc., formerly known as Arcus Data Security, Inc., (and all of its affiliated companies including but not limited to Iron Mountain, Inc.)<br>Ryder Truck Rental, Ltd. and<br>Kalemba Jodan,<br>By their Attorney,<br><br>*/s/ Mark B. Lavoie*<br>Mark B. Lavoie, BBO# 553204<br>Heather E. Davies, BBO# 651739<br>McDonough, Hacking & Lavoie, LLC<br>6 Beacon Street, Suite 815<br>Boston, MA 02108<br>(617) 367-0808 |

DATED: 1/31, 2006